No. 03–1294. HALL *v.* UNITED STATES. C. A. 11th Cir. [Certiorari granted, 542 U. S. 918.] Motion of petitioner for appoint-

ment of counsel granted. Sharon Samek, Esq., of Tampa, Fla., is appointed to serve as counsel for petitioner in this case.